# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DWAYNE ROMERO

NO. 2019 KW 1107

**OCT 28 2019**

In Re:     Dwayne Romero, applying for supervisory writs, City
           Court of Morgan City, Parish of St. Mary, No. 18-1086.

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT